MKD:lml 6640/2 \pleading\66402MotEnlarge

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | ) | |
| | ) | |
| VS. | ) | C.A. NO. 03-241L |
| | ) | |
| HUNTRESS, INC., ET AL | ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER AMENDED COMPLAINT**

Now come defendants in the above-entitled action and move this Honorable Court to grant them an extension of time within which to answer or otherwise respond to plaintiff's amended complaint, until the District Court enters a bench decision in the companion case, *Doyle, et al v. Relentless, et al*, 01-409L. Plaintiffs in the above-referenced case moved to amend their complaint to add six plaintiffs, one of which is the estate of a deceased seaman, bringing the total number of plaintiffs to ten. Defendants believe the court's decision in *Doyle v. Relentless* will narrow the scope of the present case. Accordingly, defendants request an extension to respond to plaintiff's complaint until the Court has issued its bench decision. Defendants rely on the attached memorandum of law in support of this motion.

DEFENDANTS,
By their Attorneys,

/s/J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Merlyn O'Keefe, Esq.
Packer & O"keefe
1220 Kingstown Road
Peace Dale, RI 02879

/s/ J. Renn Olenn, Esq.

/s/ Martin K. DeMagistris, Esq.

MKD:lml 6640/2 \pleading\66402MemLaw2

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | ) | |
| | ) | |
| VS. | ) | C.A. NO. 03-241L |
| | ) | |
| HUNTRESS, INC., ET AL | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**
**TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

The companion case to the instant case, *Doyle, et al v. Relentless, et al*, 01-4092, was tried in May 2006. Thereafter, the parties submitted extensive post-trial briefs on the various claims and defenses arising under the Fishing Agreement statute, 46 U.S.C. § 10601. Briefing was completed in November, and the parties are awaiting a bench decision. Because many of the issues involved in the present case will be addressed in the court's bench decision, defendants respectfully request that this court enlarge the time within which defendants may respond to plaintiff's amended complaint, until twenty (20) days after the court issues its decision.

Respectfully submitted,

/s/J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Merlyn O'Keefe, Esq.
Packer & O"keefe
1220 Kingstown Road
Peace Dale, RI 02879

/s/ J. Renn Olenn, Esq.

/s/ Martin K. DeMagistris, Esq.