UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | ) | |
| | ) | |
| VS. | ) | C.A. NO. 03-241L |
| | ) | |
| HUNTRESS, INC., ET AL | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OBJECTION TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER AMENDED COMPLAINT

Defendants once again try to cut an exception to the Federal Rules of Civil Procedure for their benefit where none is needed, called for, or desirable, but would only serve to upset the federal rules well considered and fair to all timetables.

With liability decided and the court soon to resolve the issues of damages and laches, its decision on these issues will not alter what the defendants put in their answer. Whatever this court decides at this juncture, Plaintiffs are entitled to have defendants respond to such basic allegations as to whether a proposed Plaintiff worked for them, whether there was a fishing agreement. Too, as surely as the tide ebbs and flows, Defendants will appeal any decision of its Court and can be counted on to move for a further extension while that appeal pends.

Respectfully submitted,

/s/ Merlyn P. O'Keefe, Esq. #2439
Merlyn P. O'Keefe, L.L.C.
238 Robinson Street
Wakefield, RI 02879
Phone: (401) 789-4850
Fax: (401) 789-1757

**Certification**

I certify that I sent a true copy of the within on January ____, 2007 to:

J. Renn Olenn, Esq.
Olenn & Pezza, L.L.P.
530 Greenwich Ave
Warwick, RI 02886

Martin K. DeMagistris, Esq.
Olenn & Pezza, L.L.P.
530 Greenwich Ave
Warwick, RI 02886

__________________
Merlyn P. O'Keefe