UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | ) | |
| | ) | |
| VS. | ) | C.A. NO. 03-241L |
| | ) | |
| HUNTRESS, INC., ET AL | ) | |

OBJECTION TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER AMENDED COMPLAINT

Come now your Plaintiffs and each of them objects to Defendant's motion for Enlargement of Time to Answer Amended Complaint.

As grounds for the objection, Defendants would rely on the attached memorandum of law.

Respectfully submitted,

/s/ Merlyn P. O'Keefe, Esq. #2439
Merlyn P. O'Keefe, L.L.C.
238 Robinson Street
Wakefield, RI 02879
Phone: (401) 789-4850
Fax: (401) 789-1757

**Certification**

I certify that I sent a true copy of the within on January ____, 2007 to:

J. Renn Olenn, Esq.
Olenn & Pezza, L.L.P.
530 Greenwich Ave
Warwick, RI 02886

Martin K. DeMagistris, Esq.
Olenn & Pezza, L.L.P.
530 Greenwich Ave
Warwick, RI 02886

________________
Merlyn P. O'Keefe