**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SCOTT TRAUDT, NEAL GARTNER,<br>JAMES McNULTY, and<br>JOHN McNULTY, PLAINTIFFS | : | |
| v. | : | C. A. NO. 03-241L |
| HUNTRESS, INC.<br>and RELENTLESS, INC.<br>DEFENDANTS | : | |

**MOTION FOR LEAVE TO**
**FILE THIRD AMENDED COMPLAINT**

Come now your Plaintiffs and move this Honorable Court for leave to file a third amended complaint in the form which follows by adding claims against these two same defendants by the following former seamen who previously served aboard one or the other or both defendant's vessels:

Susan R. Carr, as the duly appointed Executrix
of William H. Carr

Gavin Casey

James Christy

Carlos Herrera

Jacob Kaminski

John Motolla

Granted!
Ronald R. Lagueux
Sr. USDJ 1/10/07

Respectfully submitted,
Plaintiffs, Scott Traudt, Neal Gartner,
James McNulty and John McNulty
By their Attorney:

/s/Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439
gmpokjr@yahoo.com