MKD:lml 6640/2 \pleading\66402MotEnlarge

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCOTT TRAUDT, ET AL )
)
VS. ) C.A. NO. 03-241L
)
HUNTRESS, INC., ET AL )

**MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER AMENDED COMPLAINT**

Now come defendants in the above-entitled action and move this Honorable Court to grant them an extension of time within which to answer or otherwise respond to plaintiff's amended complaint, until the District Court enters a bench decision in the companion case, *Doyle, et al v. Relentless, et al*, 01-409L. Plaintiffs in the above-referenced case moved to amend their complaint to add six plaintiffs, one of which is the estate of a deceased seaman, bringing the total number of plaintiffs to ten. Defendants believe the court's decision in *Doyle v. Relentless* will narrow the scope of the present case. Accordingly, defendants request an extension to respond to plaintiff's complaint until the Court has issued its bench decision. Defendants rely on the attached memorandum of law in support of this motion.

DEFENDANTS,
By their Attorneys,

/s/J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Granted:
Ronald R. Lagueux
Sr. USDC 1/10/07

/s/Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499