MKD:co 6640/2 \pleading\66402Mtn

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | : | |
| | : | |
| VS. | : | C.A. NO. 03-241L |
| | : | |
| HUNTRESS, INC., ET AL | : | |

**DEFENDANTS' MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Now come your defendants in the above-entitled action and hereby request this Honorable Court to grant them an extension of time within which to answer or otherwise respond to the plaintiffs' fourth amended complaint and to continue the stay of discovery proceedings until thirty (30) days after the decision or resolution of the plaintiffs' appeal in the companion case, *Doyle, et al v. Relentless, et al*, C.A. No. 01-409L. Judgment was entered in *Doyle, et al v. Relentless, et al*, on February 21, 2007. The five plaintiffs in that action filed a notice of appeal of that decision on or about March 1, 2007. Because many, if not all, of the claims and defenses of both plaintiffs and defendants in the instant action may be determined by the resolution of the appeal, defendants request that the time within which they must respond to the plaintiffs' amended complaint be extended to twenty (20) days after the resolution or decision of the appeal in *Doyle, et al v. Relentless, et al*. Defendants rely on the attached memorandum of law in support of their motion.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
By their Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on March 12, 2007, to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/ J. Renn Olenn

MKD:co:mes 6640/2 \pleading\66402Memo

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | : | |
| | : | |
| VS. | : | C.A. NO. 03-241L |
| | : | |
| HUNTRESS, INC., ET AL | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFFS' FOURTH AMENDED COMPLAINT**

This Court entered judgment on February 21, 2007, in *Doyle, et al v. Relentless, et al*, C.A. No. 01-409L, the "companion case" to the above-captioned case. Both of these actions were brought under 46 U.S.C. §11107 and 46 U.S.C. §10601, have alleged essentially the same facts, and have demanded the same relief, namely the highest rate of wages for fishing trips on which the plaintiffs served. Since the actions are essentially the same, the resolution of the issues on appeal will greatly determine the outcome of the instant case.

This Court determined that the 3 year statute of limitations under Rhode Island G.L. §28-14-20 would be applied as the most analogous period for actions brought under §§11107 and 10601 of Title 46 of the U.S. Code. Because the defense of laches is central to the adjudication of the claims of all eleven of the plaintiffs now in this case, the decision of the First Circuit on Appeal will greatly determine its resolution. The extent of discovery necessary in this case depends almost singularly on the issues decided in the *Doyle* case, and therefore, the decision on appeal. In order to avoid expensive and unnecessary litigation costs, including production and depositions of eleven plaintiffs, defendants believe a continued stay of discovery, along with an enlargement of time within which to answer the complaint, would be beneficial to the parties and to the Court.

Accordingly, defendants request that this Court continue the order staying all discovery and other proceedings in the instant case, and grant defendants an enlargement of time within which to answer the complaint, until twenty days after the appeal in *Doyle, et al v. Relentless*, et al, has been decided or otherwise resolved.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
By their Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on March 12, 2007, to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/ J. Renn Olenn