**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCOTT TRAUDT, SUSAN R.CARR IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF WILLIAM H.CARR, GAVIN CASEY, JAMES CHRISTY, NEAL GARTNER, CARLOS HERRERA, JACOB KAMINSKI, JAMES McNULTY, JOHN McNULTY and JOHN MOTTOLA
PLAINTIFFS:

Versus C. A. NO. 03-241L

HUNTRESS, INC.
and RELENTLESS, INC.
DEFENDANTS

**MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT**

Comes now your Plaintiffs and move this Honorable Court for leave to file and serve a Fourth Amended Complaint which would add a party, Robert Kenyon, alleging the same statutory cause of action as the current Plaintiffs as indicated in the attached Fourth Amended Complaint.

Respectfully submitted,

Plaintiffs, By their attorney,

Granted:
Ronald R. Lagueux
Sr. USDJ 3/19/07

/s/Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 phone
(401) 789-1757 fax
silveroar@gmail.com

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 17th day of February 2007 to J. Renn Olenn, Esquire, Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886.

/s/Merlyn P. O'Keefe