MKD:co 6640/2 \pleading\66402Mtn

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT, ET AL | : | |
| | : | |
| VS. | : | C.A. NO. 03-241L |
| | : | |
| HUNTRESS, INC., ET AL | : | |

**DEFENDANTS' MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Now come your defendants in the above-entitled action and hereby request this Honorable Court to grant them an extension of time within which to answer or otherwise respond to the plaintiffs' fourth amended complaint and to continue the stay of discovery proceedings until thirty (30) days after the decision or resolution of the plaintiffs' appeal in the companion case, *Doyle, et al v. Relentless, et al*, C.A. No. 01-409L. Judgment was entered in *Doyle, et al v. Relentless, et al*, on February 21, 2007. The five plaintiffs in that action filed a notice of appeal of that decision on or about March 1, 2007. Because many, if not all, of the claims and defenses of both plaintiffs and defendants in the instant action may be determined by the resolution of the appeal, defendants request that the time within which they must respond to the plaintiffs' amended complaint be extended to twenty (20) days after the resolution or decision of the appeal in *Doyle, et al v. Relentless, et al*. Defendants rely on the attached memorandum of law in support of their motion.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
By their Attorneys,

Granted:
Ronald R. Lagueux
Sr. USDJ 3/21/07

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499