**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

Scott Traudt, Neal Gartner, James McNulty, John McNulty, Susan Carr, As Executrix of the estate of William Carr, Gavin Casey, James Christy, Carlos Herrera, John Mottola

VS. CA NO. 03-241L

Huntress, Inc.

**ORDER**

The stay in this case is lifted.

The Plaintiff will file the Fourth Amended Complaint within 20 days from this date.

The defendant shall have 30 days from date of service to answer the Fourth Amended complaint.

BY ORDER:

Deputy Clerk

**ENTER:**

Ronald R. Lagueux

**Senior District Judge Ronald R. Lagueux**

**DATED:** 3/27/08