**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Scott Traudt, Susan R. Carr in her capacity as
Executor of the Estate of William H. Carr,
Gavin Casey, James Christy, Neal Gartner,
Carlos Herrera, Jacob Kaminski, Robert Kenyon,
James McNulty, John McNulty and John Mottola
PLAINTIFFS

Versus C. A. NO. 03-241L

Huntress, Inc.
And Relentless, Inc.
DEFENDANTS

**MEMORANDUM OF POINTS AND AUTHORIZATIONS IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS**

As grounds for this motion, Plaintiffs Traudt, Carr, Casey, Christy, Gartner, Herrera, Kaminski, Kenyon, McNulty (James and John), and Mottola have elected to proceed in state court as are their rights under the Savings to Suitors Clause of 28 U.S.C. 1331 including their right to a jury trial.

Respectfully submitted,

Plaintiffs, By their attorney,

/s/Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 phone
(401) 789-1757 fax
silveroar@gmail.com

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 2nd day of July 2008 to J. Renn Olenn, Esquire, Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886.

/s/Merlyn P. O'Keefe