**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Scott Traudt, Susan R. Carr in her capacity as
Executor of the Estate of William H. Carr,
Gavin Casey, James Christy, Neal Gartner,
Carlos Herrera, Jacob Kaminski, Robert Kenyon,
James McNulty, John McNulty and John Mottola
PLAINTIFFS

Versus C. A. NO. 03-241L

Huntress, Inc.
And Relentless, Inc.
DEFENDANTS

**MEMORANDUM OF SUPPLEMENTAL POINTS AND AUTHORITIES SUPPORT OF PLAINTIFFS' MOTION TO DISMISS**

As grounds for this motion, Plaintiffs Traudt, Carr, Casey, Christy, Gartner, Herrera, Kaminski, Kenyon, McNulty (James and John), and Mottola have elected to proceed in state court as are their rights under the Savings to Suitors Clause of 28 U.S.C. 1331 including their right to a jury trial and move this matter be dismissed without prejudice. To this point on this case, there has been virtually no trial preparation, no discovery has been filed, Plaintiffs have moved promptly and no motion for summary judgment has been filed and under Guptill v. Martin 228 F.R.I. 62 (D.Me. 2005) Plaintiffs are entitled to a dismissal without prejudice. Even assuming arguendo the motion is filed for tactical reasons, Plaintiffs remain entitled to their preferred forum. Harvey Specialty and Supply v. Anson Flowline 434 F.3d 320 (5th Circuit 2005).

Respectfully submitted,

Plaintiffs, By their attorney,

/s/Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 phone
(401) 789-1757 fax
silveroar@gmail.com

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 2nd day of July 2008 to J. Renn Olenn, Esquire, Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886.

/s/Merlyn P. O'Keefe