MKD:pleading\66402mot5.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT | : | |
| | : | |
| VS. | : | C.A. NO. 03-241L |
| | : | |
| HUNTRESS, INC. and RELENTLESS, INC. | : | |

**MOTION FOR LEAVE TO FILE OBJECTION OUT OF TIME**

Now come the defendants in the above entitled action and hereby move this Honorable Court to grant them leave to file an objection to plaintiffs' Motion to Dismiss out of time. Defendants' objection was due Wednesday, July 16, 2008. After five years, the plaintiffs seek to voluntarily dismiss their complaint in order to refile it in Rhode Island Superior Court. The relatively unique nature of the facts and law involved in this case, and its companion case *Doyle, et al v. Huntress, et al*, C.A. 01-409L, requires particularized analysis of defendants' prejudice with respect to plaintiff's motion to dismiss. Defendants rely on the attached memorandum of law in support of this motion.

Respectfully submitted,

DEFENDANTS,
By their Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ J. Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 17th day of July, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SCOTT TRAUDT | : | |
| | : | |
| VS. | : | C.A. NO. 03-241L |
| | : | |
| HUNTRESS, INC. and RELENTLESS, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE OBJECTION OUT OF TIME**

Plaintiffs and defendants in *Doyle, et al v. Huntress, Inc., et al*, C.A. No. 01-409L, spent nearly seven (7) years litigating the very same facts and issues involved in the present case. (See 513 F.3d 331 (1st Cir. 2008); 419 F.3d 3 (1st Cir. 2005); 474 F. Supp.2d 337 (D.R.I. 2007); and 301 F. Supp.2d 135 (D.R.I. 2004)). The present case was stayed for most of that period of time, except for the plaintiff's right to include additional defendants, because the parties and the court agreed that the issues in *Doyle, et al v. Huntress, Inc., et al,* would be largely dispositive of these plaintiffs' claims. After cross-motions for summary judgment, an interlocutory appeal to the First Circuit, a trial, and another appeal on final judgment, the legal decisions and framework relative to this case were finally decided.

Now, after seven (7) years and what plaintiffs perceive as an unfavorable decision, these plaintiffs are looking for a second bite at the apple. This is extremely prejudicial to the defendants, who were also defendants in the prior action, if the novel legal issues they spent thousands of dollars and seven (7) years litigating can be revisited anew by a State Court under the saving to suitors statute.

Defendants request additional time and for leave to file out of time in order to more

fully brief the binding effects of the District Court and First Circuit's decisions in *Doyle v. Huntress, Inc., et al*, should the plaintiffs actually file a suit in State Court. Defendants request leave to file out of time in order to better address these novel issues.

Respectfully submitted,

DEFENDANTS,
By their Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ J. Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 17th day of July, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879