**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Scott Traudt, Susan R. Carr in her capacity as
Executor of the Estate of William H. Carr,
Gavin Casey, James Christy, Neal Gartner,
Carlos Herrera, Jacob Kaminski, Robert Kenyon,
James McNulty, John McNulty and John Mottola
PLAINTIFFS

Versus C. A. NO. 03-241L

Huntress, Inc.
And Relentless, Inc.
DEFENDANTS

MOTION FOR AN EXTENSION OF TIME

Come now your Plaintiffs and move this Honorable Court to extend the 8 August 2008 discovery period to 45 days beyond the date on which their Rule 41 motion to dismiss is decided by the Court.

Respectfully submitted,

Plaintiffs, By their attorney,

/s/Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 phone
(401) 789-1757 fax
silveroar@gmail.com

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 2nd day of July 2008 to J. Renn Olenn, Esquire, Olenn & Penza, 530 Greenwich Avenue, Warwick, RI 02886.

/s/Merlyn P. O'Keefe