UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCOTT TRAUDT, SUSAN R. CARR in
her capacity as Executor of the Estate
of WILLIAM H. CARR, GARVIN CASEY,
JAMES CHRISTY, NEAL GARTNER,
CARLOS HERRERA, JACOB KAMINSKI
ROBERT KENYON, JAMES MCNULTY,
JOHN MCNULTY, and JOHN MOTTOLA

v.  CA 03-241L

HUNTRESS, INC. and RELENTLESS, INC.

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on September 11, 2008. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiffs' Motion to Voluntarily Dismiss is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
November 7, 2008