UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCOTT TRAUDT, SUSAN R. CARR in
her capacity as Executor of the Estate
of WILLIAM H. CARR, GAVIN CASEY,
JAMES CHRISTY, NEAL GARTNER,
CARLOS HERRERA, JACOB KAMINSKI,
ROBERT KENYON, JAMES McNULTY,
JOHN McNULTY, and JOHN MOTTOLA

VS.                                            C.A. No. 03-241L

HUNTRESS, INC. and RELENTLESS, INC.:

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond dated January 7, 2009 in the above-captioned matter has been referred to Chief Judge Mary M. Lisi in the absence of Senior Judge Ronald R. Lagueux. There being no objection filed to the Report and Recommendation is therefore, accepted and adopted pursuant to Title 28 United States Code § 636(b)(1). The defendant's motion for summary judgment is denied in part and granted in part.
Enter:

_____
Mary M. Lisi
Chief United States District Judge

Date: 1/23/09

Ordered
DATED:
1/23/09
Deputy Clerk